IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Luis Antonio Rivera Calo, personally and as heir of his deceased son, Jobán Luis Rivera Mendoza<br><br>    Plaintiff<br><br>                  v.<br><br>Ismael Miranda Rodríguez; Héctor Custodio Cruz; José González Montañez; Juan A. Rodríguez Dávila; and Antonio López Figueroa, all in their personal capacities<br><br>    Defendants | Civil No.: 24-1327 (CVR)<br><br><br><br>Plaintiff Demands Trial by Jury |

**MOTION FOR ENTRY OF DEFAULT**

TO THE HONORABLE COURT:

    Comes now Plaintiff, Luis Antonio Rivera Calo (hereinafter "Plaintiff"), through his undersigned attorney, and very respectfully states and prays:

    1.    Defendants Juan A. Rodríguez Dávila (hereinafter "Col. Rodríguez Dávila") and Antonio López Figueroa (hereinafter "Col. López Figueroa") were duly served with process on July 30, 2024. See Docket Nos. 4 and 5.

    2.    Hence, they both had until August 20, 2024 to answer the complaint or otherwise plead.

    3.    Since they failed to do so, their default should be entered pursuant to Fed.R.Civ.P. 55.

    WHEREFORE, Plaintiff respectfully requests the entry of default against Col. Rodríguez Dávila and Col. López Figueroa.

- 2 -

I HEREBY CERTIFY: that on this same date a copy of this Motion will be served upon Col. Rodríguez Dávila and Col. López Figueroa by ordinary mail sent to the Puerto Rico Police Headquarters, 601 F.D. Roosevelt Ave, San Juan, PR 00936.

Respectfully submitted, in San Juan, Puerto Rico, this 30th day of August, 2024.

*s/Guillermo Ramos-Luiña*
Guillermo Ramos-Luiña
USDC-PR No. 204007
gramlui@yahoo.com

Despacho Jurídico Ramos Luiña, LLC
PO Box 22763, UPR Station
San Juan, PR 00931
Tel: (787) 620-0527
Fax: (787) 620-0039